| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - Phoenix | |

DATE: 1/11/17     CASE NUMBER: 17-8020MJ

USA vs. Michael Persaud

U.S. MAGISTRATE JUDGE: JOHN Z. BOYLE

A.U.S. Attorney   Amy Brown                             INTERPRETER
                                                        LANGUAGE
Attorney for Defendant   Jane McClellan (AFPD)

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA  1/11/17              ☒ Initial Appearance              ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ Defendant Sworn                 ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)            ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:   1/12/17 at 4:15 PM
Before:    MAGISTRATE JUDGE BOYLE
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
    ☐ Flight risk   ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found   ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Identity Hearing
☐ Held  ☐ Con't  ☐ Reset

Set for:   1/12/17 at 4:15 PM
Before:    MAGISTRATE JUDGE BOYLE

Other: Oral motion by the Government to unseal this case. No objection. Motion **GRANTED**.

Recorded by Courtsmart
BY: Sherise M. Hargrove
Deputy Clerk

IA: 3 mins

Time: 3:30 PM - 3:33 PM