# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America ) | Case No. 17-08020MJ |
| v. ) | |
| ) | Charging District: Northern District of Illinois, Eastern Division |
| Michael Persaud ) | |
| ) | |
| *Defendant* ) | Charging District's Case No. 16 CR 793 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Everett McKinley Dirksen U.S. Courthouse 219 South Dearborn Street, 20th Floor Chicago, Illinois 60604 Before Magistrate Judge Susan E. Cox | Courtroom No.: 1025, 10th floor |
|---|---|---|
| | | Date and Time: 1/23/17 at 11:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jan 18, 2017

*Judge's signature*

John Z. Boyle, United States Magistrate Judge
*Printed name and title*

cc: Emailed to USMS, AFPD, NDIL, smh 1/18/17